UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-477 |
| | § | |
| JULIO CESAR SANTILLAN-GUZMAN, | § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING UNOPPOSED MOTION
## TO MODIFY CONDITIONS OF BOND

On this day came on to be considered Defendant Julio Cesar Santillan-Guzman's

Unopposed Motion to Modify Conditions of Bond.  Defendant's Unopposed Motion to Modify

Conditions of Bond is DENIED.

SIGNED and ORDERED this 12th day of October, 2007.

Janis Graham Jack
United States District Judge