UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. C-07-477 |
| JULIO CESAR SANTILLAN-GUZMAN | § | |

**ORDER OF COMMITMENT**

The above-named defendant was arrested upon the Pretrial Release Violation Petition charging him with violating conditions of pretrial, imposed in the Southern District of Texas.

Defendant held without bond as ordered by U.S. District Judge Janis Graham Jack.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: October 23, 2007

_____
Dorina Ramos
United States Magistrate Judge